

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 2, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | |
| SHELLY LEANN ADAMS,<br>    Debtor | Case Number:  24-34065-SWE-7<br><br>(Chapter 7) |
| SHELLY LEANN ADAMS,<br>    Plaintiff, | |
| v. | Adv. No. 25-03051-SWE |
| UNITED STATES DEPARTMENT OF<br>EDUCATION,<br>    Defendant. | |

**ORDER GRANTING MOTION TO STAY AND CONTINUE PROCEEDINGS**

Pending before the Court is a Joint Motion by all parties to stay proceedings. Having considered the Joint Motion, and for good cause shown, the Court hereby ORDERS that the Joint Motion to Stay Proceedings is hereby **GRANTED**.

Accordingly, it is further ORDERED that this case is STAYED until August 29, 2025.

###END OF ORDER###

AGREED TO CONTENT AND FORM:

*For Defendant:*

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*/s/ Tami C. Parker*
Tami C. Parker
Assistant United States Attorney
Texas Bar No. 24003946
Burnett Plaza, Suite 1700
801 Cherry Street, Unit # 4
Fort Worth, TX 76102-6882
Texas Bar No. 24003946
Telephone: 817-252-5200
Facsimile: 817-252-5458
E-mail: tami.parker@usdoj.gov

*For Plaintiff:*

*/s/ C. Daniel Herrin*
C. Daniel Herrin
State Bar No. 24065409
12001 N. Central Expy, Suite 920
Dallas, Texas 75243
(469) 607-8551 Phone
(469) 607-8551 Fax